**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CHARECE M. ADKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-1515-JCH |
| ) | |
| DOWNTOWN DENTAL ASSOCIATES, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Self-represented plaintiff Charece M. Adkins brings this action alleging employment discrimination in violation of 42 U.S.C. § 1981 and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*. Plaintiff also asserts claims for negligence and negligence per se.

"In order to initiate a claim under Title VII a party must timely file a charge of discrimination with the EEOC and receive a right-to-sue letter." *Stuart v. General Motors Corp.*, 217 F.3d 621, 630 (8th Cir. 2000). Plaintiff has not filed a copy of her charge or her right-to-sue letter. Consequently, the Court will order the plaintiff to supplement the complaint by submitting a copy of both her charge of discrimination as well as a copy of her EEOC right-to-sue letter within twenty-one (21) days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a copy of both her charge of discrimination as well as a copy of her EEOC right-to-sue letter within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss her claims against defendants brought pursuant to Title VII of the Civil Rights Act of 1964 without further proceedings.

Dated this  12th  day of November, 2020.

\s\  Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE